UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANA KAPRAT, individually, and DANA KAPRAT as
Guardian of S.K.,

                             Plaintiff,

-against-

CITY OF LONG BEACH, CITY OF LONG BEACH
POLICE DEPARTMENT, LONG BEACH PUBLIC
SCHOOLS, NASSAU HEALTH CARE CORPORATION
d/b/a NASSAU UNIVERSITY MEDICAL CENTER
and THE COUNTY OF NASSAU,

                             Defendants.
----------------------------------------------------------------X

Index No.: 15-CV-7250

CONSENT TO CHANGE ATTORNEY

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2019 ★
LONG ISLAND OFFICE

COUNSELORS:

    IT IS HEREBY CONSENTED AND AGREED that RUBIN PATERNITI GONZALEZ KAUFMAN, LLP be substituted in place and stead of BARTLETT, LLP, for the defendant(s), NASSAU HEALTH CARE CORPORATION d/b/a NASSAU UNIVERSITY MEDICAL CENTER, in the above entitled action as of the date hereof. An executed facsimile of this document may be deemed an original.

Dated: Garden City, New York
         June 26, 2019

By: _____
ROBERT G. VIZZA
BARTLETT, LLP
Outgoing Attorneys for Defendant
1001 Franklin Avenue
Garden City, NY 11530
(516) 877-2900

By: _____
MEGAN RYAN
Executive Vice President and General Counsel for Nassau Health Care Corporation

By: _____
Craig V. Rizzo, Esq.
RUBIN PATERNITI
GONZALEZ KAUFMAN LLP
Incoming Attorneys for Defendant
1225 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 344-6376

**SO ORDERED**
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: July 18, 2019
Central Islip, N.Y.

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF Nassau  )

    On the 26 of JUNE, 2019, before me, the undersigned, personally came and appeared MEGAN RYAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the within instrument (consent to change attorneys).

_____
NOTARY PUBLIC

EMILIA FILLIZOLA
Notary Public, State of New York
No. 01FI4883270
Qualified in Nassau County
Commission Expires Jan. 20, 2023